TRULINCS  69879066 - LAREDO, ANTONIO - Unit: ALF-L-A

--------------------------------------------------------------------------------------------------

FROM: 69879066
TO: Vega, Polito
SUBJECT: Demand
DATE: 06/11/2022 01:42:04 PM

IN THE US DISTRICT COURT FOR THE DISTRICT OF MIDDLE PENNSYLVANIA

ANTONIO LAREDO
        PLAINTIFF

V.

USA, FEDERAL BOP, DIRECTOR OF THE FBOP, US ATTORNEY GENERAL,
WARDEN OF ALLENWOOD LSCI , WARDEN OF PHL, ET AL.
        DEFENDANTS

COMPLAINT UNDER THE FEDERAL TORT CLAIMS ACT AND A BIVENS ACTION

Comes plaintiff Antonio Laredo acting prose and files this Complaint with court stating and pleading:

PLAINTIFF

Plaintiff is an inmate under the custody of the Federal BOP living at Allenwood LSCI in Pennsylvania.

Inmate is a 52 year old Hispanic that is serving a 168--months sentence for a violation of drugs.

While plaintiff was housed at PHL on March 28, 2019, he slip on a wet floor that was not marked and slippery or wet.

Plaintiff is claiming here deliberate indifference from the housing he was living at __FDC PHI__ for not making people

aware that the floor was wet and dangerous. He is also claiming deliberate indifference from the various medical employees

and/or contractors acting for the Federal BOP  that were totally indifferent to his pains and anguish that was the result of

the accident he had at that correctional institution. Plaintiff is claiming that in the correctional institution of PHL and

Allenwood Low SCI the medical employees or contractors had been deliberately indifferent to  his physical hurts that will be

detailed latter in this action.

DEFENDANTS

USA is responsible for the actions taken by the Federal BOP by act or omissions that resulted in plaintiff's pain and anguish

caused by the failure to act in marking the floor that plaintiff slip as wet or dangerous as is required by law and regulations

to advice any person walking through the wet area as dangerous and advising carefulness. Also the USA is responsible for r

the deliberate indifference presented by the various FBOP employees and/or contractors that failed to address in an

adequate way the injuries that plaintiff got from slipping at the wet floor. Federal BOP is and agency of the Federal

government of the USA and is under the Department of Justice and Federal cabinet entity with the Attorney General as its

head.

The Director of the Federal Bureau of Prisons....

The US Attorney General.....

TRULINCS 69879066 - LAREDO, ANTONIO - Unit: ALF-L-A

------------------------------------------------------------------------------------------

The Federal Bureau of Prisons is responsible for the functioning of all Federal correctional institutions for the custody of all federal inmates, is responsible for the actions or omissions of all its employed and contractors, is responsible for enacting rules and regulations in all federal prisons including PHL where the accident happened and PHL and Allenwood LSCI that failed with deliberate indifference to adequately address his injuries for almost 3 years.

The warden of PHL and the warden of Allenwood LSCI are responsible for the maintenance of their prisons and responsible for the actions or omissions of their employees and/or contractors.

Liju Mathew is a FNP-BC is an employee and/or contractor working at the PHL correctional institution on 03/24/2021 who had an intervention with plaintiff at the medical service department of PHL giving only the medicament naproxen 500 mg to plaintiff for the pain he was feeling in spite of plaintiff complaining that that medication was not working to ease his pain. Liju Mathew was aware or should have been aware of the accident suffered by plaintiff and the immense pain on hi neck caused by an hernia to some of hos upper vertebrae. Defendant Liju Mathew also had significant interventions as a medical service employee and/or contractor in the following dates:

Liju Mathew acted with deliberate indifference toward plaintiff's pains and discomfort.

Or. Odeida Dalmasi was an MD/CD at PHL correctional institution on the following dates:

Dr. Dalmasi had significant interventions with plaintiff at the PHL medical service department. Dr Dalmasi was in care of plaintiff's health and well being and knew or should have known about plaintiffs accident and should have made significant interventions about plaintiff's pains to ease the pain and discomfort that plaintiff was complaining constantly. Dr. Dalmasi acted with deliberate indifference to the pain and discomfort of plaintiff who was complaining that he could not even sleep because of the pain in his neck. Dr. Dalmasi could have recommended surgery, therapy and a higher pain management medication to plaintiff but failed to do it.

R.Kisler was an NP employee or contractor with PHL institution. Has significant interventions with plaintiff in the medical services department at PHL. NP Kisler showed deliberate indifference toward plaintiff's pain and discomfort. NP kisler is responsible also for not recommending or giving plaintiff therapy and/or pain management medications that could at least dampened the pain.

NP Christine Nelson, as an employee and/or contractor with the Federal BOP had significant interventions with plaintiff at the PHL medical services department. NP Nelson showed deliberate indifference toward plaintiff's pains and discomforts and did not offered plaintiff any medications or therapies that could have at least eased his pain.

J. Griffith PA-C as an employee and/or contractor with the Federal BOP had also significant encounters with plaintiff at the medical services department at PHL institution. J. Grffith showed deliberate indifference toward plaintiff's pain and

TRULINCS  69879066 - LAREDO, ANTONIO - Unit: ALF-L-A

----------------------------------------------------------------------------------------------------

discomfort and did not recommended or gave plaintiff any pain management medications to at least ease the pain or recommended therapy or surgery.

John Stoltz, PA-C was and is plaintiff's PA at Allenwood Low SCI. PA Stoltz had significant interventions with plaintiff. PA Stoltz showed deliberate indifference toward plaintiff's pain, discomfort and well being by not following the required protocols of pain management, not giving plaintiff better pain management medication, recommending therapy and surgery when he was aware of the conditions of plaintiff, his injuries, accident and condition. Plaintiff always complaint that he could not even sleep and presented chronic pain on his neck and back. His injuries due to the accident he suffered at PHL had been confirmed now (May 30, 2022) by a specialist orthopedic surgeon that has scheduled surgery to plaintiff.

Scott Flick (MAT) PA-C was and is a PA employed or under contract with the FBOP at Allenwood LSCI. PA Flick showed deliberated indifference toward plaintiff's pain and discomfort by not following the required medical protocols of pain management, not prescribing higher doses of pain management medications, or recommending therapy and surgery even thought PA Flick was aware of the pain and its causes.

Catherine Gore FNP/BC

FACTS

While residing at FDC-PHL a correctional institution under the Federal BOP plaintiff fell down on dirty water product of a trash bag while he was going to get his food. The fell was of a real strong nature that caused critical pain on plaintiff's neck. shoulders and back. The pain has been so unbearable that plaintiff has not bene able to sleep at night. Plaintiff immediately complained at the FDC-PHL medical services department. In spite of having x rays and some pain maneen medications the pain has continued to worsen. All defendants named above has been deliberately indifferent toward plaintiff's well being and health.

Recently, and residing at Allenwood LSCI an orthopedic specialist recommended an MRI and surgery of neck to plaintiff, thus demonstrating that the previous medical care was deficient and deliberate indifference to plaintiff's pain and health problems.

JURISDICTION AND STANDARD OF REVIEW

The Tort Claims Act sets jurisdiction on this court to deal with tort claims against the US Government, its agencies and employees. Inmate was housed and is housed in the US District Court Of Middle Pennsylvania.

Biven's v. Unknown Federal Agents sets also jurisdiction on this court and allows tortious and civil rights violations against federal agencies, its employees and/or contractors that have shown like in the present case of deliberate indifference toward the medical care of an inmate based on the 8th amendment of the US constitution against unusual punishment. Here plaintiff is using both, Tort Claims Act and Biven's case to make his claims against defendants.

TRULINCS  69879066 - LAREDO, ANTONIO - Unit: ALF-L-A

---------------------------------------------------------------------------------------

DISCUSSION OF FACTS AND LAWS

Plaintiff claims here that he fell down on the floor because of dirty water in the prison unit he was residing. The Federal BOP has custody of plaintiff and is ultimate responsible for any injuries that an inmate suffers while housed on any correctional institutions, and mostly for the medical care that an inmate receives while under the custody of the FBOP. Plaintiff must show deliberate indifference toward the inmate meaning disregarding the pain and medical situation of an inmate in a deliberate way. Deliberate indifference is shown when, for example ad in the recent situation, the inmate has been complaining almost daily and going to the medical service in all the institutions he has been, complaining of severe pain and his neck, shoulders and back as a result of the accident he suffered while under the custody of the FBOP. The defendants here had other and better alternatives to manage the pain of inmate and deliberately decided not to use them allowing the pain and deterioration of inmate's neck to continue for several months.

In the present case there is much medical evidence that plaintiff was persistently going to medical "sick call" (sick call is when an inmate goes to medical services looking for advice or to complain about illness or pain) always complaining of very severe pain on his neck, shoulders and back, complaining of bout that the pain management medications were not easing his pain and it was becoming worse. The defendants named here by themselves or as superiors by supervision or employees of those in personal contact with plaintiff. showed on did deliberate indifference toward plaintiff by not doing what the medical protocols would advice or not allowing a change of medications or therapy or surgery.

DAMAGES

Plaintiff is claiming the following damages:

$350,000.00 for pain and deterioration of his spine and neck's cartilages.

$500,000.000 for future pain and deterioration.

$1,500,000.00 for future income loss. He had a ranch in Mexico where he was keeping cattle and horses. He had some employees but he was the main worker. Assuming he could have worked until he was 75 years old. He will be out of prison when he will be 65. 10 years of work multiplied by $350,000.00 a year in in come he was doing is $3,500.00 in future income we assume he could do 50% of work because his pain and injuries that is $1,750,000.00

Total: $2,850,000.00

Punitive damages:

$1,0000.00 for comp tempt and dragging the case without settlement.

Total: $3,850,000.00

PLEA

PLAINTIFF PLEADS THE COURT :

TRULINCS 69879066 - LAREDO, ANTONIO - Unit: ALF-L-A

---------------------------------------------------------------------------------------------

1. Accept the complaint.

2. Since plaintiff is in prison there is difficulty in serving each defendant, since all or most are employees of the FBOP use the alternative serving procedure.

3.Schedule discovery.

4. Schedule jury trial.

5. Decide on favor of plaintiff granting him the damages presented above.

Summited today 4 of July of 2022.

ANTONIO LAREDO
ALLENWOOD LSCI
PO BOX 1000
WHITE DEER, PA 17887



Antonio Laredo 61879-066
Allenwood low security Correctional Institution
PO Box 1000
White Deer, PA 17887

RECEIVED
JUL - 8 2022

↔69879-066↔
U S District Court
601 Market ST
Phila, PA 19106
United States

U.S.M.S.
X-RAY